UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTINA JACKSON,

    Plaintiff,

v.

BARBARA MASON, *et al.*,

    Defendants

Case No. C06-789L

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT

This matter comes before the Court on plaintiff's motion for entry of default judgment against defendant Barbara Mason (Dkt. #10). Plaintiff has not sought and the Court has not entered default against Mason. Therefore, plaintiff's motion for entry of default judgment is premature and is DENIED.

If plaintiff seeks an order of default, she should file a motion for entry of default pursuant to Local Rules 7(d)(1) and 55(a). If that motion is successful, she can

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT

1  subsequently file a motion for entry of default judgment pursuant to Local Rule 55(b).

3  DATED this 17th day of January, 2007.

*[signature]*
Robert S. Lasnik
United States District Judge

26  ORDER DENYING MOTION
FOR DEFAULT JUDGMENT