

06-CV-00789-OBJ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| CHRISTINA JACKSON, | ) | No. C06-789RSL |
| | ) | |
| Plaintiff, | ) | DEFENDANT BARBARA MASON |
| | ) | OBJECTION TO PLAINTIFFS' MOTION |
| VS. | ) | FOR ORDER OF DEFAULT JUDGMENT |
| | ) | AS TO DEFENDANT BARBARA |
| BARBARA MASON, ET AL. | ) | MASON ONLY |
| | ) | CERTIFICATE OF SERVICE |
| Defendant, | ) | Hearing Date: February 2, 2007 |
| | ) | |
| | ) | |

## DEFENDANT BARBARA MASON OBJECTION TO PLAINTIFFS' MOTION FOR ORDER OF DEFAULT JUDGMENT AS TO DEFENDANT BARBARA MASON ONLY

COMES NOW, Defendant, BARBARA MASON, ( MASON ) appearing pro se, files this

motion in objection to Plaintiff CRISTINA JACKSON, (CRISTINA) order of default judgment

against Defendant "MASON" states as follows:

1.      I am the legal and named beneficiary of the Metropolitan Life insurance policy of the

late Robert Jackson (ROBERT).  **Exhibit A**

2.   "ROBERT" died on December 4, 2005 , Kealakekua, Hawaii. **Exhibit B**

3.   Prior to "ROBERT" death he lived with me and under my care on the Big Island of

Hawaii.

4.   That prior to "ROBERT'S" death he was legally separated from "CRISTINA". **Exhibit C**

5.   That during and before the separation, "ROBERT" was failing in health and lived alone.

6.   The Decree of Legal Separation "ROBERT" was awarded;

    a.   the 2002 Toyota Highlander vehicle, furniture, household belonging and
his bank accounts. **Exhibit D**, page 2 at 3.4 a through c and;

    b.   "CRISTINA" was awarded the real property at 4634 South 288th Place,
Auburn, Washington, to be sold in conjunction with this property and
the proceeds from the sale shall be used to pay off community debts
**Exhibit D** page 2 at 3.4 d..

7.   At the date of the decree "ROBERT" was obligated to pay the following debts and

liabilities as follows; **Exhibit D page 3 at 3.6**

    c.   Navy Federal Credit Union      $ 32,000.00

    d.   Wellsfargo Bank      $ 25,000.00

8.   The following Decree(s) of Legal Separation was filed in the Superior Court of

Washington, County of King ;

    e.   Case No. 04-3-12639-1 KNT, **(Exhibit D)** filed on August 11, 2004 at
12:00pm , In the re the Marriage of CRISTINA JACKSON, Petitioner

    f.   Case No. 04-3-12639-1 KNT, **(Exhibit E)** filed on August 11, 2004, filed
"Received", In re the Marriage of CRISTINA JACKSON, Petitioner

It appears that on the front pages of both Decree of Legal Separation **has been altered** and

**additional language has been added to page 3 at 3.9 of "Exhibit D" that would benefit the**

**Plaintiff "CRISTINA**

On "**Exhibit E**" page 3, at 3.9 Spousal Maintenance reads **"Does not apply"**. It is not clear

which Decree of Legal Separation be the correct version.

9.      On or before March 1, 2006 Plaintiff "CRISTINA" forged Defendant signature on

approximately seven (7) checks dated February 16, 2006 listed as follows: **Exhibit G ; g**

**through l**

| | | |
|---|---|---|
| g. | Check no. 0092, paid to GE Money LOC | $ 14,950.24 |
| h. | Check no. 0093, paid to Watermark Credit Union | $ 33,211.17 |
| i. | Check no. 0094, paid to Cristina Jackson | $ 50,000.00 |
| j. | Check no. 0095, paid to Discover Card | $ 7,000.00 |
| k. | Check no. 0096, paid to American Express | $ 15,000.00 |
| l. | Check no. 0097, paid to Chase Card Services | $ 22,486.83 |
| | Total Amount | $142,648.24 |

10.     Defendant "MASON" correct signature is on file with PFPC Fraud Prevention, dated

February 27, 2006. **Exhibit H**

11.     On and/or about March 6, 2006, Defendant "MASON" received a copy of a

forged signature fax letter stating that Defendant "MASON" address has been change. **Exhibit I**

12.     Defendant "MASON'S"  father "ROBERT" died in Hawaii and no formal or

informal probate has been filed in the Third Circuit Court , State of Hawaii.

13,     Defendant "MASON" denies the allegations in the affidavit of Plaintiff

"CRISTINA", filed on May 16, 2006 in the above entitle case.

14.     Defendant "MASON" believed that "MET LIFE" appeared on Defendant's behalf as they

discovered the fraudulent signature was given by "CRISTINA" to gain excess to the funds

designated to the legal beneficiary "MASON".

Based on the limited time given to file this objection, Defendant ask this Honorable Court

to Deny **the Order of Default Judgment as to Defendant Barbera Mason Only**. This

objection is being filed in good faith and should this court except Plaintiff's"CRISTINA" motion

may have gotten away with fraud charges to be filed in the State of Hawaii.

DATED: Kona, Hawaii, January 30, 2007.

BARBARA MASON, Pro Se

1/30/07

Defendant.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the within document was served on the following person at their last known address on January 30, 2007, by U.S. mail delivery.

SIDERIUS, LONERGAN & MARTIN, LLP
Attorney At Law
500 Union Street
Suite 847
Seattle, Washington 98101

DATED: Kona, Hawaii, January 30, 2007.

BARBARA MASON, Pro Se
1/30/07
Defendant.

BARBARA MASON
87-2611 Mamalahoa Highway
Captain Cook, Hawaii 96704
(808) 328-0800



**Designation of Beneficiary**
**Federal Employees' Group Life Insurance (FEGLI) Program**
*(DO NOT erase or cross-out. Use a new form.)*

Form Approved
OMB No. 3206-0136

**Important:**
Read instructions on the
Back of Part 2 before completing this form.

## Information About the Insured (not the Assignee, if there is one) (type or print)

of Insured *(Last, first, middle)*
cKSON, RoBERT F.

Date of birth of Insured *(mm/dd/yyyy)*
03/12/1938

Social Security Number of Insured
-6375

Insured is: [X] an employee / a retiree / a compensationer
Place an "X" in the appropriate box.

If the Insured is retired or receiving Federal Employees' Compensation, give CSA, CSI, or OWCP claim number:
CSA 3859591

Department or agency where the Insured works *(If retired, last department or agency where the Insured worked)*:

Department or agency
ARMY

Bureau or division
Civil Service

Location *(city, state, and ZIP code)*
Fort LAWTON
Seattle, WA.

## Information About the Beneficiary or Beneficiaries (See Back of Part 1 for examples) (type or print)

| First name, middle initial, and last name of each beneficiary | Social Security Number | Address (including ZIP code) | Relationship | Percent or fraction designated |
|---|---|---|---|---|
| BARBara J. MASON | ██████ | 872 611 mama La Hua Captin Cook, HAWA 96704 | DAugHter | 100 % |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total (Must equal 100% or 1.0) (Do not use dollar amounts)
*(Do not put a Total if you designated types of insurance. See example 4 on Back of Part 1.)*

## Statement of Insured or Assignee (type or print)

Your name and address *(Including ZIP code)*
JacKSON, RoBERT F.
nterStone Apts Bldg. #1
211 S. StarLAKE Road
Federal WAY, WA. 98003

Please check one:
I am
[X] the Insured
[ ] an Assignee
*See Back of Part 2 for definitions*

Please check all three:
[X] I have not assigned the insurance.
[X] Two people who witnessed my signature signed below.
[X] I did not name either witness as a beneficiary.

I understand that if there is a valid assignment on file, only the assignee has the right to designate a beneficiary. If a valid assignment is not on file, but there is a valid court order on file with the agency or the U.S. Office of Personnel Management, as appropriate, any designation I complete for the same benefits is not valid.

I understand that if this Designation is valid, it will stay in effect unless it is canceled. See "When Is A Designation Canceled?" on the Back of Part 2).

I understand that if this Designation is invalid for any reason, the Office of Federal Employees' Group Life Insurance will pay benefits according to the next most recent valid designation. If there isn't one, it will pay according to the order listed on the Back of Part 2.

I am canceling any and all previous Designations of Beneficiary under the Federal Employees' Group Life Insurance Program and am now designating the beneficiary(ies) named above.

Signature of Insured/Assignee *(Only the Insured/Assignee may sign. Signatures by guardians, conservators or through a power of attorney are not acceptable.) This form is not valid unless the Insured/Assignee signs in this box.*

Date *(mm/dd/yyyy)*
8-15-05

## Witness to Signature (A witness is not eligible to receive a payment as a beneficiary.)

Signature of Witness

Address *(Including ZIP code)*
16005 SE. 253rd Pl. Covington, WA. 98042

Signature of witness

Address *(Including ZIP code)*
209 RobertS St. Enting, 98360

## For Agency Use Only

Receiving agency

Date of receipt *(mm/dd/yyyy)*

Signature of authorized agency official

Title

U.S. Office of Personnel Management

Part 1 - Original

EXHIBIT A

SF 2823
Revised April 2001

STATE OF HAWAII
DEPARTMENT OF HEALTH
OFFICE OF HEALTH STATUS MONITORING

# CERTIFICATE OF DEATH

STATE
FILE NO. 151    08661

| DECEASED — FIRST NAME | MIDDLE NAME | LAST NAME | 2. SEX | 3. DATE OF DEATH (MONTH, DAY, YEAR) |
|---|---|---|---|---|
| ROBERT | FRANK | JACKSON | Male | December 4, 2005 |

| 1. RACE | | 4b. IF PERSON OF SPANISH ORIGIN? | 5a. AGE—LAST BIRTHDAY (Years) | 5b. UNDER 1 YR. MOS DAYS | 5c. UNDER 1 DAY HOURS MIN | 6. DATE OF BIRTH (MONTH, DAY, YEAR) | 7a. COUNTY OF DEATH |
|---|---|---|---|---|---|---|---|
| Caucasian | 01 | 67 | March 12, 1938 | | | | Hawaii |

| 7. ISLAND OF DEATH | 7b. CITY, TOWN OR LOCATION OF DEATH | 7c. HOSPITAL OR OTHER INSTITUTION NAME | 7d. IF HOSP. OR INST. INDICATE DOA, Emergency Room |
|---|---|---|---|
| Hawaii | Kealakekua | Kona Community Hospital | |

| STATE OF BIRTH | 9. CITIZEN OF WHAT COUNTRY | 10. MARRIED, NEVER MARRIED, WIDOWED, DIVORCED (SPECIFY) | 11. SURVIVING SPOUSE | 12. WAS DECEDENT EVER IN U.S. ARMED FORCES? |
|---|---|---|---|---|
| Illinois | U.S.A. 58 | Married | Cristina Jhenelle Abril Santa Maria | Yes |

| SOCIAL SECURITY NUMBER | 14a. USUAL OCCUPATION | 14b. KIND OF BUSINESS OR INDUSTRY | 15. EDUCATION |
|---|---|---|---|
| -6375 | Safety inspector 096 | Federal Government 90 | Coll 5+ |

| a. RESIDENCE-STATE | 15b. COUNTY | 15c. CITY, TOWN OR LOCATION | 15d. INSIDE CITY LIMITS | 15e. NUMBER, STREET AND ZIP |
|---|---|---|---|---|
| Hawaii | Hawaii | Opihihale | No | 87-2611 Mamalahoa Hwy., 96704 |

| FATHER — FIRST NAME | MIDDLE NAME | LAST NAME | 17. MOTHER — FIRST NAME | MIDDLE NAME | MAIDEN NAME |
|---|---|---|---|---|---|
| Thomas | Jefferson | Jackson | Laura | Mae | Hooten |

| 4. INFORMANT — NAME | 18b. MAILING ADDRESS |
|---|---|
| Barbara Mason | 87-2611 Mamalahoa Hwy., Capt. Cook, HI 96704 |

| BURIAL, CREMATION, REMOVAL | 19b. CEMETERY OR CREMATORY-NAME | TBD LOCATION | CITY OR TOWN | STATE |
|---|---|---|---|---|
| Cremation | Dodo Mortuary, Inc. | | Hilo, | Hawaii |

| DATE (MONTH, DAY, YEAR) | 19c. PERMIT NUMBER | 20b. FUNERAL HOME-NAME | 20c. FUNERAL DIRECTOR—SIGNATURE |
|---|---|---|---|
| December 9, 2005 | 05-318K | Dodo Mortuary, Inc. | |

21a. To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) and circumstances stated and described below.

| 21b. DATE SIGNED (MO, DAY, YR.) | 21c. TIME OF DEATH | 22a. DATE SIGNED (MO, DAY, YR.) | 22c. TIME OF DEATH |
|---|---|---|---|
| 12-5-05 | 1839  (6:39 p.m.) | 12/14/2005 | |

23. NAME AND ADDRESS OF CERTIFIER (PHYSICIAN, MEDICAL EXAMINER OR CORONER) (TYPE OR PRINT)
Robin Seto MD    78-184    Mamalahoa Rd    Kailua Kona Hi   86745.

| 24. REGISTRAR — SIGNATURE DEPUTY | 24b. DATE RECEIVED BY LOCAL REGISTRAR | 24c. DATE FILED BY STATE REGISTRAR |
|---|---|---|
| Roberta Cho | December 8, 2005 | DEC 14 2005 |

| TITLE. | DEATH WAS CAUSED BY: | ENTER ONLY ONE CAUSE PER LINE FOR (a), (b), AND (c) | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|
| | IMMEDIATE CAUSE (a) | Sudden cardiac death | < 6 hours |
| 25. CONDITIONS, IF ANY, WHICH GAVE RISE TO IMMEDIATE CAUSE (a), STATING THE UNDERLYING CAUSE LAST | DUE TO, OR AS A CONSEQUENCE OF (b) | CAD | |
| | DUE TO, OR AS A CONSEQUENCE OF (c) | | |

| TITLE. OTHER SIGNIFICANT CONDITIONS; CONDITIONS CONTRIBUTING TO DEATH BUT NOT RELATED TO CAUSE GIVEN IN PART 1(a) | 25b. AUTOPSY (YES OR NO) |
|---|---|
| Chronic renal insufficiency    DM II complicated    Peripheral vascular disease | No |

| | 25c. IF YES, WERE FINDINGS CONSIDERED IN DETERMINING CAUSE OF DEATH? |
|---|---|

| a. ACCIDENT, SUICIDE, HOMICIDE, OR UNDETERMINED (SPECIFY) | 27b. DATE OF INJURY (MONTH, DAY, YEAR) | 27c. TIME OF INJURY | 27d. DESCRIBE HOW INJURY OCCURRED |
|---|---|---|---|
| | | | |

| v. INJURY AT WORK? (SPECIFY YES OR NO) | 27f. PLACE OF INJURY: AT HOME, FARM, STREET, FACTORY, OFFICE BLDG., ETC (SPECIFY) | y. LOCATION (STREET OR R.F.D. NO. CITY OR TOWN, STATE) |
|---|---|---|

DEC 28 2005

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

EXHIBIT B

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF KING**

## 04-3-12639-1 KNT

In re the Marriage of:

NO.

CRISTINA JACKSON,

PETITION FOR LEGAL
SEPARATION

Petitioner,

and

ROBERT JACKSON,

Respondent.

---

## I. BASIS

1.1   This is a petition for legal separation of a marriage.

1.2   The name and last known residence of the wife is:

> Cristina Jackson
> 4634 South 288th Place
> Auburn WA 98001

1.3   The name and last known residence of the husband is:

> Robert Jackson
> Unit 1-102
> 2211 S. Starlake Road
> Federal Way 98003

**DARREL JOHNSON**
Attorney at Law
9710 41st Place NE
Seattle WA 98115
206-526-9807

PETITION FOR
LEGAL SEPARATION                    -1-

EXNIBIT C

1.4     We were married on July 31, 1987, at Iwakuni, Japan.

1.5     [ ] Husband and wife are not separated.

        [X] Husband and wife separated on __ April 5, 2004 __.
                                                    (Date)

1.6     This court has jurisdiction over my spouse for the reasons which follow.

        [X]     My spouse is presently residing in Washington.
        [X]     My spouse and I lived in Washington during our marriage and I continue to
                reside in this state.
        [ ]     My spouse and I may have conceived a child while within Washington.
        [X]     My spouse will be personally served in the State of Washington.
        [ ]     My spouse will consent to the jurisdiction of this court.

1.7     There is community or separate property owned by the parties. The court should make
        an equitable division of all the property as described below.

        [ ]     My recommendation for the division of the property will be filed and served at
                a later date.

        [ ]     My recommendation for the division of the property is attached.

        [X]     The wife should be awarded the parties interest in the following property:

                a.      Vehicle:  2003 Lexus 330, License Plate No. KTTYMOM

                b.      Her bank accounts.

                c.      The furniture and belongings currently in her possession.

                d.      Her share in the equitable interest in the house and real property at
                        4634 South 288th Place, Auburn, Washington, or if the property is sold
                        in conjunction with this separation action, then all of the proceeds from
                        the sale of the property, which she is to use to pay the community debts,
                        except for the outstanding balance of the loan on the husband's car,
                        which should be the husband's responsibility.

DARREL JOHNSON
Attorney at Law
9710 41st Place NE
Seattle WA 98115
206-526-9807

[X]   The husband should be awarded the parties' interest in the following property:

    a.   Vehicle: 2002 Toyota Highlander, License No. 748 RSP

    b.   His bank accounts

    c.   The furniture and belongings currently in his possession.

    d.   As the real property at 4634 South 288th Place, Auburn, Washington is to be sold in conjunction with this separation action, he should **not** share in the proceeds from the sale of the property as it is intended that the wife use the proceeds from the sale to pay off the mortgage and other community debts.

## 1.8 DEBTS AND LIABILITIES.

[ ]   The parties have no debts and liabilities
[ ]   My recommendation for the division of the debts and liabilities is attached.
[X]   The parties have debts and liabilities. The court should make an equitable division of all debts and liabilities as described below.
[X]   The wife should be ordered to pay the following debts and liabilities to the following creditors:

| Item | Creditor | Amount |
| --- | --- | --- |
| Mortgage | AmeriQuest Mortgage Co. | $216,000 |
| Lexus Car Loan | Watermark Credit Union | 38,000 |
| Credit Card | Bank One | 34,000 |
| Credit Card | American Express | 10,000 |
| Credit Card | Chase Mastercard | 10,000 |
| Credit Card | Sears Mastercard | 6,000 |
| Credit Card | Navy Fed. Credit Union Visa | 8,100 |

[X]   The husband should be ordered to pay the following debts and liabilities to the following creditors:

| Item | Creditor | Amount |
| --- | --- | --- |
| Toyota Car Loan | Navy Federal Credit Union | $36,000 |
| Line of Credit | Wellsfargo Bank | $24,000 |

**DARREL JOHNSON**
Attorney at Law
9710 41st Place NE
Seattle, WA 98115
206-526-9807

PETITION FOR
LEGAL SEPARATION        -3-

1.9   SPOUSAL MAINTENANCE.

    [X]   Spousal maintenance should not be ordered.

    [ ]   There is a need for spousal maintenance. My recommendation for spousal maintenance is attached.

1.10   RESTRAINING ORDER.

    [X]   A restraining order should not be ordered.

    [ ]   An order should be entered restraining [ ] the husband [ ] the wife [ ] both parties from molesting or disturbing the peace of the other party or of any child because:

1.11   PREGNANCY.

    [X]   The wife is not pregnant.

    [ ]   The wife is pregnant. The father of the unborn child is [ ] the husband [ ] not the husband [ ] unknown.

1.12   DEPENDENT CHILDREN.

    [X]   The parties have no dependent children.

1.13   Other:

## II. RELIEF REQUESTED

I REQUEST the Court to enter a decree of legal separation.  I also REQUEST the Court to grant the relief described below.

[ ]   Provide reasonable maintenance for the wife.
[ ]   Enter a permanent restraining order.
[X]   Approve the separation agreement.
[X]   Dispose of property and liabilities.
[ ]   Change name of wife to: _____.
[ ]   Order payment of attorney's fees, other professional fees and costs.
[ ]   Other:

**DARREL JOHNSON**
Attorney at Law
9710 41st Place NE
Seattle WA 98115
206-526-9807

PETITION FOR
LEGAL SEPARATION    -4-

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: _April 6, 2004_                              _Cristina A Jackson_
                                                    Cristina Jackson

Signed at _Auburn, WA_
                 (City and State)


## III.   JOINDER.

[ ]   Does not apply.

[✓]   I join in the petition.  I understand that by joining in the petition, I agree with the relief requested in the petition and waive any objections I might have to the allegations of the petition.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: _4-6-04_                                    _Robert Jackson_
                                                    Robert Jackson

Signed at _AUBURN  WA_
                 (City and State)

DARREL JOHNSON
Attorney at Law
9710 41st Place NE
Seattle WA 98115
206-526-9807

PETITION FOR
LEGAL SEPARATION                    -5-

FILED

04 AUG 11 PM 12: 00

KING COUNTY
SUPERIOR COURT CLERK
KENT. WA



EXP04

## SUPERIOR COURT OF WASHINGTON
## COUNTY OF KING

| | |
|---|---|
| In re the Marriage of: | NO. 04-3-12639-1 KNT |
| CRISTINA JACKSON, | |
| Petitioner, | DECREE OF LEGAL SEPARATION |
| and | |
| ROBERT JACKSON, | [   ] Clerk's Action Required |
| Respondent. | (See paragraph 3.11) |

---

### I. JUDGMENT/ORDER SUMMARY

1.1    RESTRAINING ORDER SUMMARY:

Does Not Apply.

1.2    MONEY JUDGMENT SUMMARY:

Does not apply.

### II. BASIS

This matter has come before this court, the court considered the case record to date and has previously entered its findings of fact and conclusions of law.

DECREE OF
LEGAL SEPARATION                    -1-

EXHIBIT D

## III. DECREE

IT IS DECREED that:

3.1    STATUS OF THE MARRIAGE.

    The husband and wife are legally separated.

3.2    PARENTING PLAN

    Does not apply.

3.3    CHILD SUPPORT

    Does not apply.

3.4    PROPERTY TO BE AWARDED THE HUSBAND

    The husband is awarded as his separate property the following:

    a.    The furniture and household belongings currently in his possession.

    b.    Vehicle:   2002 Toyota Highlander, License No. 748 RSP; and

    c.    His bank accounts.

    d.    As the real property at 4634 South 288th Place, Auburn, Washington, is to be sold in conjunction with this separation action and as it is intended that the wife use the proceeds from the sale to pay off community debts, the husband shall **not** share in the proceeds from the sale of the property as the wife is assuming the responsibility for paying off the majority of the community debt.

3.5    PROPERTY TO BE AWARDED TO THE WIFE

    The wife is awarded as her separate property:

    a.    The furniture and household belongings currently in her possession;

    b.    Vehicle:   2003 Lexus 330, License Plate No. KTTYMOM;

    c.    Her bank accounts; and

    d.    The house and real property at 4634 South 288th Place, Auburn, Washington.

DECREE OF
LEGAL SEPARATION                    -2-

3.6    OBLIGATIONS TO BE PAID BY THE HUSBAND.

[X]    The husband shall pay the following debts and liabilities to the following creditors:

| Creditor | Amount |
|----------|--------|
| NAVY FEDERAL CREDIT UNION | $32,000 |
| WELLSFARGO BANK | $25,000 |

Unless otherwise provided herein, the husband shall pay all liabilities incurred by him since the date of separation.

3.7    OBLIGATIONS TO BE PAID BY THE WIFE.

[X]    The wife shall pay the following debts and liabilities to the following creditors:

| Creditor | Amount |
|----------|--------|
| Ameriquest Mortgage | $216,000 |
| Watermark Credit Union | $40,000 |
| Bank One | $29,000 |
| American Express | $10,000 |
| Chase Bank | $ 9,000 |
| Sears Card | $ 9,000 |
| Navy Federal Credit Union | $10,000 |

Unless otherwise provided herein, the wife shall pay all liabilities incurred by her since the date of separation.

3.8    HOLD HARMLESS PROVISION.

Each party is required to pay all debt incurred since the date of separation and to hold the other party harmless from any collection action relating to separate or community debt, including reasonable attorney's fees and costs incurred in defending against any attempts to collect an obligation of the other party.

3.9    SPOUSAL MAINTENANCE.

Does not apply. However, should the wife survive the husband, considering the magnitude of debt assigned to the wife, proceeds from the husband's estate should be awarded to the wife to help settle all outstanding debts. Any insurance policy/policies owned by the deceased shall be awarded to the wife for the same reason. In the event that dissolution of marriage is ordered, survivor benefits on said insurance policy/policies shall be awarded to the wife as though the dissolution was never ordered.

3.10    NAME CHANGES.   CRISTINA JHENELLE A. JACKSON

DECREE OF
LEGAL SEPARATION                              -3-

3.11   RESTRAINING ORDER.

Does not apply.

3.12   ATTORNEY'S FEES AND COSTS.

Does not apply.

3.13   OTHER:

Does not apply.

Dated: August 11, 2004

Judge/Commissioner

ORDERS & ATTACHMENTS
APPROVED

AUG 1 1 2004

Approved for entry:

JUDGE B. WATNESS

Presented by:

Darrel Johnson, WSBA #7088
Attorney for Cristina Jackson

Robert Jackson

DECREE OF
LEGAL SEPARATION                    -4-

**RECEIVED**

KING COUNTY, WASHINGTON

AUG 1 1 2004

**SUPERIOR COURT OF WASHINGTON**
**COUNTY OF KING**

KNT DEPARTMENT OF
JUDICIAL ADMINISTRATION

In re the Marriage of:

CRISTINA JACKSON,

               Petitioner,

   and

ROBERT JACKSON,

           Respondent.

**NO. 04-3-12639-1 KNT**


DECREE OF LEGAL SEPARATION


[   ] Clerk's Action Required
     (See paragraph 3.11)

---

### I. JUDGMENT/ORDER SUMMARY

1.1   RESTRAINING ORDER SUMMARY:

     Does Not Apply.

1.2   MONEY JUDGMENT SUMMARY:

     Does not apply.

### II. BASIS

    This matter has come before this court, the court considered the case record to date and

has previously entered its findings of fact and conclusions of law.

DECREE OF
LEGAL SEPARATION      -1-

EXHIBIT E

## III. DECREE

IT IS DECREED that:

**3.1   STATUS OF THE MARRIAGE.**

The husband and wife are legally separated.

**3.2   PARENTING PLAN**

Does not apply.

**3.3   CHILD SUPPORT**

Does not apply.

**3.4   PROPERTY TO BE AWARDED THE HUSBAND**

The husband is awarded as his separate property the following:

a.      The furniture and household belongings currently in his possession.

b.      Vehicle:   2002 Toyota Highlander, License No. 748 RSP; and

c.      His bank accounts.

d.      As the real property at 4634 South 288th Place, Auburn, Washington, is to be sold in conjunction with this separation action and as it is intended that the wife use the proceeds from the sale to pay off community debts, the husband shall **not** share in the proceeds from the sale of the property as the wife is assuming the responsibility for paying off the majority of the community debt.

**3.5   PROPERTY TO BE AWARDED TO THE WIFE**

The wife is awarded as her separate property:

a.      The furniture and household belongings currently in her possession;

b.      Vehicle:   2003 Lexus 330, License Plate No. KTTYMOM;

c.      Her bank accounts; and

d.      The house and real property at 4634 South 288th Place, Auburn, Washington.

DECREE OF
LEGAL SEPARATION                    -2-

3.6     OBLIGATIONS TO BE PAID BY HUSBAND:

[X]     The husband shall pay the following debts and liabilities to the following
        creditors:

| Item | Creditor | Amount |
|------|----------|--------|
| Toyota Car Loan | Navy Federal Credit Union | $36,0000 |

3.7     OBLIGATIONS TO BE PAID BY WIFE:

[X]     The wife shall pay  the following debts and liabilities to the following
        creditors:

| Item | Creditor | Amount |
|------|----------|--------|
| Lexus Car Loan | Watermark Credit Union | $38,000 |
| Credit Card | Capital One | 34,000 |
| Credit Card | American Express | 10,000 |
| Credit Card | Chase Mastercard | 10,000 |
| Credit Card | Sears Mastercard | 6,000 |
| Credit Card | Navy Fed. Credit Union VISA | 8,100 |

3.8     HOLD HARMLESS PROVISION.

Each party is required to pay all debt incurred since the date of separation and to hold
the other party harmless from any collection action relating to separate or community
debt, including reasonable attorney's fees and costs incurred in defending against any
attempts to collect an obligation of the other party.

3.9     SPOUSAL MAINTENANCE.

Does not apply.

3.10    NAME CHANGES.

Does not apply.

DECREE OF
LEGAL SEPARATION          -3-

3.11   RESTRAINING ORDER.

Does not apply.

3.12   ATTORNEY'S FEES AND COSTS.

Does not apply.

3.13   OTHER:

Does not apply.

Dated: August 11, 2004

Judge/Commissioner

Presented by:

Darrel Johnson, WSBA #7088
Attorney for Cristina Jackson

Approved for entry:

Robert Jackson



Total Control Account™    **MetLife**

0092

BARBARA MASON
PO BOX 24284 CAMPUS DR
FEDERAL WAY WA 98093-1284

Date February 16, 2006

Pay to the
Order of _GE MONEY LOC_    $ 14,950.24

FOURTEEN THOUSAND NINE HUNDRED FIFTY and 24/100    Dollars

PNC Bank, Delaware

Memo Acct #6044 0510 0006 7973    Signature _Barbara Mason_

**CLOSEOUT ACCT**

⑆03110015⑆    9608⑈    0092    ⑈000014950247⑈

Posting Date          2006 Feb 22

Account Number            9608

Routing
Transit Number      03110015

Dollar Amount      $14,950.24

Check/Serial
Number            92

Posting Sequence    027704822
Number

Debit/
Credit            D

Capture          80

EXHIBIT G:9

«031000040«
02/17/2006
6510054707

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

**Total Control Account***          **MetLife**

0093

BARBARA MARSH
PO BOX 3064 CAMPUS DR
FEDERAL WAY WA 98063-3064

Date  **February 16, 2006**

Pay to the
Order of   WATERMARK CREDIT UNION                      $  33,211.17

THIRTY THREE THOUSAND TWO HUNDRED ELEVEN and 17/100  Dollars

Memo  PAY OFF LOAN 0000206004     Signature  Barbara Marsh

⑈031100157⑈      ⑈9608⑈     0093   ⑈0003321117⑈

⑈031100157⑈              9608⑈0093      ⑈0003321117⑈

PROCESSED
2600016830

| Posting Date | 2006 Feb 17 |
|---|---|
| Account Number | 39608 |
| Routing Transit Number | 03110015 |
| Dollar Amount | $33,211.17 |
| Check/Serial Number | 93 |
| Posting Sequence Number | 026016830 |
| Debit/ Credit | D |

EXHIBIT G.h



| Posting Date | 2006 Feb 17 |
| --- | --- |
| **Account Number** | 9608 |
| **Routing Transit Number** | 03110015 |
| **Dollar Amount** | $50,000.00 |
| **Check/Serial Number** | 94 |
| **Posting Sequence Number** | 026016829 |
| **Debit/ Credit** | D |
| **Capture Bank Number** | 80 |

**Posting**

EXHIBIT G.1

## Total Control Account

**MetLife**

0095
02-15 311
3106

BARBARA MASON
PO BOX 24284 CAMPUS DR
FEDERAL WAY WA 98093-1284

Date _Feb. 16, 2006_

Pay to the
Order of _DISCOVER  CARD_          $ 7000. ⁰⁰

_SEVEN  THOUSAND  and  00/100 0 Dollars_

Memo _Acct# 6011 0098 8758_  Signature _Barbara mason_

_CRISTINA  JACKSON_

⑆031100157⑆    9608⑈    0095  ⑆0000700000⑈



Posting Date          2006 Feb 21

Account Number            9608

Routing
Transit Number        03110015

Dollar Amount        $7,000.00

Check/Serial
Number                95

Posting Sequence
Number            025299684

Debit/
Credit            D

Capture

EXHIBIT G

## Total Control Account*        MetLife

0096

BARBARA MASON
PO BOX 34254 CAMPUS DR.
FEDERAL WAY WA 98083-4254

Date  *Feb. 16, 2006*

Pay to the
Order of  *AMERICAN EXPRESS*                $*15,000.10*

*FIFTEEN THOUSAND and 0/100* _____ Dollars

Memo *4-cet*                Signature  *Barbara Mason*
  3715   051270   02003

⑆031100157⑆      9608⑈      0096    ⑇0ʃ0ʔ15ʔ100206⑈

⑆0311⑄0015⑆      1608⑈0096    ⑇0001500000⑈

PROCESSED   5 POSITION 7177

---

Posting Date        2006 Feb 24

Account Number        X608

Routing
Transit Number        03110015

Dollar Amount        $15,000.00

Check/Serial
Number        96

EXHIBIT G.X

## Total Control Account

**MetLife**

Metropolitan Life Insurance Company

0097

BARBARA MASON
PO BOX 24284 CAMPUS DR
FEDERAL WAY WA 98093-1284

Date _Feb. 16, 2006_

Pay to the
Order of _Chase Card Services_            $ _22,486.83_

_Twenty - Two Thousand Four Hundred Eighty-Six and 83/100_ Dollars

4417124170656570  2240583

Memo _Final Payment on_ Signature _Barbara Mason_
Acct# 447 124 7065 6570

⑆0311001579⑆    9608⑆    0097    ⑈000 2248683⑈

---

Endorse Here:

X

DO NOT SIGN / WRITE / STAMP BELOW THIS LINE
FOR FINANCIAL INSTITUTION USE ONLY

FEDERAL RESERVE BANK

300079444 02-21-06 8464 03
085070803 50340112 000000000000
LPSI LOU KY
A.E.G. 85070803 53160005
CHASE USA 021806 DES
>051100393<59683 IS0<
209404

---

| | |
|---|---|
| Posting Date | 2006 Feb 21 |
| Account Number | 9608 |
| Routing Transit Number | 03110015 |
| Dollar Amount | $22,486.83 |
| Check/Serial Number | 97 |
| Posting Sequence Number | 025299404 |
| Debit/ Credit | D |
| Capture | |

EXHIBIT G-1



# CHANGE OF ACCOUNTHOLDER INFORMATION

**(Please retain for future use)**

If the information in the box below is incorrect or missing, please make necessary additions or changes below.

Please make sure to sign, date, and return this form in the enclosed postage-paid envelope to the address above **only if additions or changes are necessary.**

In the case of a name change, please include a copy of documentation verifying the change (e.g., marriage certificate or court order changing your name)

---

BARBARA MASON
87 2611 MAMALAHOA HIGHWAY
CAPTAIN COOK HI 96704

SOCIAL SECURITY #
ACCOUNT #
TELEPHONE #   (157) 688-1022

---

If any of the above information is incorrect, please indicate all corrections below:

NAME: *Barbara Jean C Mason*

ADDRESS: *87-2611 Mamalahoa Hwy.*
*Captain Cook, HI 96704*

SOCIAL SECURITY #:

ACCOUNT #:

TELEPHONE #: *(808) 328-0800 (H)   (206) 799-2802 (C*

I certify, under penalty of perjury, that my Social Security number is correct and that I have not been notified by the Internal Revenue Service that I am subject to a Back-up Withholding Order on interest and dividends. **(If you have been so notified, cross out the word "not.")**

SIGNATURE: X *Barbara Jean Mason*    DATE: *3/27/06*

Total Control Accounts are claims settlement options offered by MetLife® and certain of its insurance affiliates. MetLife may from time to time also make TCA administrative services available to customers of an beneficiaries of policies issued by unaffiliated insurers in connection with administrative services it provides to such unaffiliated insurers. Total Control Account is a registered mark of MetLife.

EXHIBIT N

STATE OF *Hawaii*                )
                                 )       SS:
COUNTY OF *Hawaii*               )
                                 )

    On this _28th_ day of _March_, _2006_, before me personally appeared _Barbara Jean L. Mason_, to me known or satisfactorily proved to be the person described in and who executed the foregoing instrument, and acknowledged to me that _she_ executed the same as _her_ free act and deed.

_Martha Unger_
[Print name: _MARTHA UNGER_ ]
Notary Public of and for said state & County

My commission expires: _9-17-2006_

15

P.O. Box 24284
Campus Drive
Federal Way, WA 98093-1284
January 13, 2005

Office of Federal Employees Group Life Insurance
Post Office Box 2627
Jersey City, NJ 07303-2627

To whom it may concern:

Please be advised that after the death of my father, I moved back with my step-mother to help with my father's estate. My former address 87-2611 Mamalahoa Highway, Captain Cook, Hawaii is no longer valid. If that is the address that you have on record, please change it to my current address.

I would appreciate it if you sent all correspondence with regards to my claim as my father's designated beneficiary to:

P.O. Box 24284
Campus Drive
Federal Way, WA 98093-1284.

If you need to reach me by phone, I can be reached at 253-529-1178.

Thank you,

*Barbara Mason*

Barbara Mason

Copy to:    US Office of Personnel Management
            Retirement Operations Center
            P.O. Box 45
            Boyers, PA 16017-0045

EXHIBIT I

AH POLICE OFFICER HASEGAWA CORY

P.O. Box 24284
Campus Drive
Federal Way, WA 98093-1284
January 13, 2005

Office of Federal Employees Group Life Insurance
Post Office Box 2627
Jersey City, NJ 07303-2627

To whom it may concern:

Please be advised that after the death of my father, I moved back with my step-mother to help with my father's estate. My former address 87-2611 Mamalahoa Highway, Captain Cook, Hawaii is no longer valid. If that is the address that you have on record, please change it to my current address.

I would appreciate it if you sent all correspondence with regards to my claim as my father's designated beneficiary to:

P.O. Box 24284
Campus Drive
Federal Way, WA 98093-1284.

If you need to reach me by phone, I can be reached at 253-529-1178.

Thank you,

*Barbara Mason*

Barbara Mason

Copy to:     US Office of Personnel Management
Retirement Operations Center
P.O. Box 45
Boyers, PA 16017-0045