UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTINA JACKSON,

    Plaintiff,

    v.

BARBARA MASON, *et al.*,

    Defendants

Case No. C06-789L

ORDER DENYING MOTION
FOR RECONSIDERATION

This matter comes before the Court on defendant Barbara Mason's "Objection to Plaintiffs' Motion for Order of Default Judgment as to Defendant Barbara Mason Only" (the "Objection") (Dkt. #16). The Court denied plaintiff's motion for default judgment as premature because plaintiff had not yet sought or obtained an order of default. On January 17, 2007, plaintiff filed a motion for default against Mason. The Clerk of the Court granted the motion on January 24, 2007. On January 30, 2007, Mason mailed the Objection.

If Mason sought to prevent the entry of default, she sent the Objection too late. Because Mason is proceeding *pro se*, the Court construes the Objection as a motion for reconsideration. However, Mason has not shown that the order of default was issued in

ORDER DENYING MOTION
FOR RECONSIDERATION - 1

1  error. Instead, default was warranted because Mason was served with a copy of the
2  summons and complaint, but did not enter a notice of appearance or file an answer.
3  Mason has not explained why she has failed to defend. The Objection does not show
4  good cause to set aside the default. Accordingly, construing the Objection as a motion
5  for reconsideration, it is denied.

6  Mason may move to set aside the default for good cause shown pursuant to
7  Federal Rule of Civil Procedure 55(c) or, if plaintiff files a motion for entry of default
8  judgment pursuant to Local Rule 55(b), she can file a response to that motion.

10  DATED this 6th day of February, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION - 2