UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CRISTINA JACKSON,

    Plaintiff,

    v.

BARBARA MASON, *et al.*,

    Defendants

Case No. C06-789RSL

ORDER TO SEAL DOCUMENTS AND FILE REDACTED COPIES OF SEALED DOCUMENTS

This matter comes before the Court *sua sponte*. Defendant MetLife has filed a motion for summary judgment some of the exhibits to which contain private and personal information that needs to be redacted from public documents.

Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers - redact to the last four digits

    * Financial Accounting Information - redact to the last four digits

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

1   The General Order was issued by the court pursuant to the official policy on
2  privacy adopted by the Judicial Conference of the United States and can be found on the
3  court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the
4  above-captioned matter must comply with the Privacy Policy and the General Order.

5   In order to restrict access to the private and confidential information that has
6  already made its way into the record in an expeditious manner, the Clerk of Court is
7  hereby directed to seal Exhibits pp. 101-116 to the Declaration of Anthony Polizzi, Dkt.
8  #19, part 4. The parties are directed to promptly review all previously filed documents
9  to ensure that they do not contain additional information that should have been redacted.
10  The parties shall make every effort to avoid such public disclosures of confidential
11  information in the future.

12   As a result of the improper filings, a substantial portion of the record is now
13  sealed, which is inconsistent with the public's right of access. MetLife is therefore
14  ORDERED to file, within ten days of the date of this order, redacted copies of all
15  documents which have been sealed in this case. If the parties have any questions about
16  the Privacy Policy and the General Order or need assistance in filing and properly
17  labeling the redacted copies, they should contact the CM/ECF Helpdesk at 1-866-ECF-
18  WAWD (1-866-323-9293).

19
20   DATED this 28th day of March, 2007.
21
22
23                                     /s/ Robert S. Lasnik
                                       Robert S. Lasnik
24                                     United States District Judge
25
26  ORDER TO SEAL AND
    FILE REDACTED COPIES - 2