1

2

3

4

5

6         UNITED STATES DISTRICT COURT
7        WESTERN DISTRICT OF WASHINGTON
                     AT SEATTLE

8   CRISTINA JACKSON,

9                 Plaintiff,

10         v.                                    Case No.  C06-789RSL

11   BARBARA MASON, *et al.*,                    ORDER GRANTING MOTION TO
                                                 DISMISS AND DENYING
12                Defendants                     REQUEST TO RELEASE BOND

13

14

15         This matter comes before the Court on plaintiff's motion for voluntary dismissal

16   and for release of injunction bond (Dkt. #30).  The Court previously granted a motion

17   for summary judgment filed by defendant Metropolitan Life Insurance Company

18   ("MetLife") and dismissed all of plaintiff's claims against it.  By separate order, the

19   Court vacated an order of default against the only other defendant, Barbara Mason, who

20   is proceeding *pro se*.  Mason has not filed any counterclaims and has not opposed this

21   motion.  Pursuant to Federal Rule of Civil Procedure 41(a), the Court GRANTS

22   plaintiff's motion for voluntary dismissal of her claims against Mason and dismisses

23   those claims without prejudice.

24         Plaintiff also seeks an order releasing the injunction bond she filed in King

25

26   ORDER GRANTING
     MOTION TO DISMISS - 1

1    County Superior Court on June 7, 2006.  The King County Superior Court granted a

2    preliminary injunction on June 1, 2006 enjoining MetLife from distributing the proceeds.

3    Defendants subsequently removed the case, but there is no evidence that the bond was

4    ever transferred to this Court.  When this Court granted MetLife's motion for summary

5    judgment, it also vacated the preliminary injunction "because Mason was the proper

6    beneficiary, and MetLife appropriately paid the proceeds into the TCA on her behalf."

7    (Dkt. #29).  Now that the injunction has been vacated and all claims in this case have

8    been dismissed, releasing the bond is appropriate.  However, this Court lacks authority

9    to release the injunction bond filed in King County Superior Court or to order that court

10   to release the bond.  If plaintiff seeks that relief, she should move the King County

11   Superior Court to release the bond, or move it to transfer the bond to the registry of this

12   Court so that this Court can release the bond.  Accordingly, the Court denies plaintiff's

13   request to release the bond.

14          The Clerk of the Court is directed to enter judgment granting defendant MetLife's

15   motion for summary judgment, dismissing plaintiff's claims against MetLife with

16   prejudice, and dismissing plaintiff's claims against defendant Mason without prejudice.

18          DATED this 5th day of July, 2007.

_MNP S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION TO DISMISS - 2